**Order entered October 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00585-CR

**RONALD MATTEUS TOL, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2014-1-0535**

## ORDER

We **GRANT** the State's October 7, 2016 motion to extend time to file its brief and **ORDER**

the brief received on October 10, 2016 filed as of the date of this order.


/s/  ADA BROWN
    JUSTICE